Daniel B. McCarthy, Esq., Bar No. 109582
CANNON & McCARTHY
11455 El Camino Real
San Diego, California 92130-2045
Telephone: (858) 350-2800
Fax: (858) 350-2690

Attorneys for Plaintiff in Intervention
INSURANCE COMPANY OF THE WEST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT RODRIGUEZ, <br><br>    Plaintiff, <br><br> vs. <br><br> JLG INDUSTRIES, INC.; OSKOSH CORPORATION and DOES 1-100, <br><br>    Defendants. | Case No. 2:11-CV-04586-MMM-SH <br><br> Judge: The Hon. Margaret M. Morrow <br> Courtroom No. 780 <br><br> **STIPULATION OF DISMISSAL OF OSHKOSH CORPORATION WITHOUT PREJUDICE** <br><br> Action Filed: May 27, 2011 |
| INSURANCE COMPANY OF THE WEST, <br><br>    Plaintiff in Intervention, <br><br> vs. <br><br> JLG INDUSTRIES, INC.; OSKOSH CORPORATION and DOES 1-100, <br><br>    Defendants in Intervention. | |

Intervenor Insurance Company of the West and defendants in intervention JLG Industries, Inc. and Oshkosh Corporation, by and through their respective counsel, hereby stipulate as follows:

   1.   Defendant in intervention JLG Industries, Inc. is a corporation incorporated

in the state of Pennsylvania, and is a wholly-owned subsidiary of defendant in intervention Oshkosh Corporation.

2. Intervenor shall dismiss Oshkosh Corporation from this action without prejudice.

3. The tolling of the applicable statutes of limitations as to Oshkosh Corporation will expire on May 19, 2012.

4. In the event intervenor decides to bring Oshkosh Corporation back into this action as a defendant in intervention within this time period, it may do so by way of a Doe defendant in intervention amendment. Should Oshkosh Corporation be brought back into this action as a defendant in intervention, Oshkosh Corporation and JLG Industries, Inc. reserve the right to challenge any of the causes of action or claims asserted by way of demurrer and/or appropriate motion.

5. Each party shall bear its own costs.

**IT IS SO STIPULATED.**

DATED: November 3, 2011 ~~October xx, 2011~~

CANNON & McCARTHY

By: _____
DANIEL B. McCARTHY
Attorneys for Plaintiff in Intervention
INSURANCE COMPANY OF THE WEST

DATED: November 3, 2011 ~~October xx, 2011~~

DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By: _____
FRANK E. SCHIMANECK
SUSAN E. FOE
Attorneys for Defendants in Intervention
JLG INDUSTRIES, INC. and OSHKOSH CORPORATION

DATED: November 2, 2011

HOFFMAN LAW FIRM

By: _____
Nathan B. Hoffman
Attorneys for Plaintiff
Robert Rodriguez

2